UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 08 CR 469 |
| | ) JUDGE KOCORAS |
| JASON R. HYATT | ) |

**DEFENDANT'S MOTION TO CONTINUE THE TIME FOR FILING THE SENTENCING MEMORANDUM UNTIL AUGUST 16, 2010**

Defendant, Jason R. Hyatt ("Hyatt"), by and through his attorneys, Thomas Leinenweber and James Tunick, hereby moves this Honorable Court to continue the time for filing the sentencing memorandum and any objections to the Presentence Investigation Report ("PSR") until August 16, 2010 and in support states as follows:

1. Sentencing in this matter is currently set for August 25, 2010. Previously, this Court set the date of August 7, 2010 to file Hyatt's sentencing memorandum and any objections to the PSR.

2. Hyatt's lead counsel in this case is out of town the week of August 1-7, 2010.

3. Since Hyatt's plea of guilty, Hyatt has proffered on eight (8) different occasions with the government, and Hyatt will allege that this Court should consider these statements at sentencing under 18 U.S.C. §3553(a).[1]

4. Additionally, as this Court is aware, this a complex fraud case and involves detailed fraud and relevant conduct calculations.

5. The government has no objection to this extension, as long it does not result in a continuance of the sentencing hearing. Hyatt is not seeking a continuance of the sentencing hearing.

---

[1] Counsel received the reports of these interviews on August 4, 2010.

**WHEREFORE,** Defendant, Jason Hyatt, respectfully requests that this Honorable Court enter an order continuing the time for filing the sentencing memorandum and any objections to the Presentence Investigation Report ("PSR") until August 16, 2010

Respectfully submitted,

/sJames D. Tunick
James D. Tunick

*James D. Tunick*
*Law Offices of James D. Tunick*
53 W. Jackson Blvd.
Suite 1437
Chicago, Illinois 60604
phone no. 312-957-0100
fascimile no. 312-957-0111